IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13–cr–30076–MJR |
| ) | |
| DANA L. CAUSEY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER ADOPTING REPORT & RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, District Judge:**

On February 20, 2014, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea as to Count 1 of the (two-count) indictment. That same day, Judge Williams notified the parties that any objection to his Report and Recommendation (recommending Defendant's guilty plea be accepted) would be due on or before March 10, 2014. (Doc. 37).

That deadline has come and gone with no objection from either party. Accordingly, the Court **ADOPTS** in its entirety the Report & Recommendation (**Doc. 37**), **ACCEPTS** Defendant Causey's guilty plea, and **ADJUDGES** Defendant Causey guilty of the offenses set forth therein. The Court **DIRECTS** that a presentence investigation be submitted by the United States Probation Office, and **CONFIRMS** that sentencing remains set for June 19, 2014, at 10:00 a.m.

IT IS SO ORDERED.
DATE: March 13, 2014

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
United States District Judge